### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

————

No. 1:26-cv-01685

————

**Alvarez Morales,**

*Petitioner,*

v.

**Blanche, et al.,**

*Respondents.*

————

### ORDER ADJUSTING BRIEFING SCHEDULE

Before the Court is the petitioner's petition for a writ of habeas corpus. In light of the Fifth Circuit's published opinion in *Rodriguez v. Ortega*, No. 26-50183, 2026 WL 1906557 (5th Cir. July 2, 2026), the briefing deadlines ordered in this Court's prior show cause order, ECF No. 3, are adjusted.

Respondent is now ordered to respond to petitioner's petition by no later than July 16, 2026. Respondent's response may address any matter in the petition but shall address how *Rodriguez* bears on whether the petition should be granted. Petitioner shall file a reply no later than 7 days after respondents file their response. Petitioner's reply may address any matter raised in the Respondents' response but shall address how *Rodriguez* bears on whether the petition should be granted.

*So ordered by the Court on July 7, 2026.*

ANDREW DAVIS
United States District Judge

1